**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 05-6736**

───────────

DEON D. JENKINS,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS;
KIRKLAND CORRECTIONAL INSTITUTION; RECEPTION
AND EVALUATION CENTER; L. F. BESSINGER,
Warden; KERSHAW CORRECTIONAL INSTITUTION;
OSCAR FAULKENBERRY, Warden; DAVID DUNLAP,
Assistant Warden; DERWIN NEASMAN, Major; ALICE
FLEMMING, Sergeant; CHARLES MILLER, Captain;
JEROME ARMSTRONG; D. MITCHELL; SAMUEL SAINYO;
JUDY SULLIVAN; LINDA NELSON; LIEUTENANT
SANDERS; BRENDA HICKMAN; BETTY BOWERS; VERNON
TUCKER; OFFICER MITCHELL; OFFICER TRUESDALE;
OFFICER PARKER; DOCTOR MCKINNEY; SERGEANT
JOHNSON; JOANN ADAMS; SERGEANT THOMPSON;
OFFICER TRIPPLETE; LIEUTENANT DURANT; OFFICER
PATTERSON; OFFICER MAHAFFEY; SERGEANT JONES;
OFFICER PAIGE; OFFICER RENNICK; OFFICER
UNDERWOOD; DANIEL DUBOSE; OFFICER CLYBURN;
OFFICER BOWERS; LIEUTENANT DUBOSE,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry F. Floyd, District Judge.
(CA-04-1132-HFF)

───────────

Submitted:  October 24, 2005      Decided:  November 21, 2005

───────────

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Deon D. Jenkins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Deon D. Jenkins appeals the district court's order adopting the report and recommendation of the magistrate judge to dismiss his complaint filed under 42 U.S.C. § 1983 (2000) as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jenkins v. S.C. Dep't of Corr., No. CA-04-1132-HFF (D.S.C. May 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED